Johnnie L. **GRISCOM**, Claimant–Appellee,

v.

R. James **NICHOLSON**, Secretary of Veterans Affairs, Respondent–Appellant.

Johnnie L. Griscom, Claimant–Appellant,

v.

R. James Nicholson, Respondent–Appellee.

Nos. 2006–7215, 2006–7225.

United States Court of Appeals, Federal Circuit.

Aug. 21, 2006.

*ORDER*

Upon consideration of Johnnie L. Griscom's unopposed motion to voluntarily dismiss his appeal from the judgment of the United States Court of Appeals for Veterans Claims in case no. 04–0058,

IT IS ORDERED THAT:

Appeals for Veterans Claims. Fed. R.App. P. 12(a).

(1) The motion is granted. Appeal 2006–7225 is dismissed. Each side shall bear its own costs with respect to 2006–7225.

(2) The revised official captions are reflected above.